**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan
Edward P. Gilbert
Terence K. McLaughlin
David J. Kozlowski

*Attorneys for CSC 4540, LLC, 45-50 Vernon LP,
JSMB 4540 LLC, and JSMB 4540 MM LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>VERNON 4540 REALTY, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-22919 (RDD) |
| BRENT CARRIER,<br><br>Plaintiff,<br><br>v.<br><br>CSC 4540, LLC, 45-50 VERNON LP, JSMB 4540 LLC, JSMB 4540 MM LLC, and VERNON 4540 REALTY, LLC,<br><br>Defendants. | Adversary Proceeding<br><br>Case No. 21-07032 (RDD) |

## **CERTIFICATE OF SERVICE**

I, Tukisha Knox, declare under penalty of perjury that I am employed by Morrison Cohen LLP, counsel to Defendants CSC 4540, LLC, 45-50 Vernon LP, JSMB 4540 LLC and JSMB 4540 MM LLC in the above-captioned case.

#10487249 v3 \026143 \0003

On November 30, 2021 at my direction and under my supervision, employees of Morrison Cohen LLP caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**.

  Defendants CSC 4540, LLC, 45-50 Vernon LP, JSMB 4540 LLC and JSMB 4540 MM LLC Reply in Further Support of Motion to Dismiss Adversary Proceeding filed on November 29, 2021 [Docket No. 24]

| | | |
|---|---|---|
| Dated: | New York, New York<br>November 30, 2021 | */s/ Tukisha Knox*<br>Tukisha Knox<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, New York 10022<br>(212) 735-8600<br>tknox@morrisoncohen.com |

# **EXHIBIT A**

| | |
|---|---|
| Vernon 4540 Realty, LLC<br>H. Bruce Bronson, Jr.<br>Bronson Law Offices, P.C.<br>480 Mamaroneck Avenue<br>Harrison, NY 10528-0023 | Office of the United States Trustee<br>Attn: Andrea B. Schwartz<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |
| Janice B. Grubin<br>David G. Burch<br>Ilan Markus<br>BARCLAY DAMON LLP<br>1270 Avenue of the Americas, Suite 501<br>New York, New York 10020 | Angela M. Orlandella<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202 |
| Brent Carrier<br>45 Carleon Avenue<br>Larchmont, NY 10538 | Bruce Weiner, Esq.<br>Rosenberg, Musso & Weiner, LLP<br>26 Court Street<br>Suite 2211<br>Brooklyn, NY 11242 |
| Hodgson Russ LLP<br>Garry M. Graber, Esq.<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202 | The Law Offices of Steven C. Bagwin<br>245 Saw Mill River Rd<br>Hawthorne, NY 10532-1526 |
| The Miller Law Firm<br>950 W University Dr<br>Rochester, MI 48307-1888 | CSC 4540 LLC<br>c/o Quadrum Global<br>261 5th Ave Rm 1801<br>New York, NY 10016-7701 |
| Bousquet Holstein PLLC<br>110 W Fayette St Ste 1000<br>Syracuse, NY 13202-1190 | CT Corporation/Wolters Kluwer<br>28 Liberty St<br>New York, NY 10005-1400 |

| | |
|---|---|
| NYS Dept of Taxation and Finance<br>P O Box 5300<br>Albany, NY 12205-0300 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Eisner Law<br>152 W 57th St<br>New York, NY 10019-3386 | EisnerAmper<br>750 3rd Ave Fl 13<br>New York, NY 10017-2716 |
| NRA/Wolters Kluwer/CT Corp.<br>PO Box 4349<br>Carol Stream, IL 60197 | |