**TRAURIG LAW, LLC**
Jeffrey M. Traurig
One University Plaza, Suite 124
Hackensack, NJ 07601
(646) 974-8650 Ext 1
jtraurig@trauriglaw.com
Counsel to Buchwald Capital Advisers LLC, the Liquidating Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| VERNON 4540 REALTY LLC, | ) | Case No.: 20-22919 (SHL) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| CSC 4540, LLC, 45-50 VERNON LP, JSMB 4540 LLC, and JSMB 4540 MM LLC., | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary Proceeding No. 20-07020 (SHL) |
| -against- | ) | |
| | ) | |
| VERNON 4540 REALTY, LLC and BRENT CARRIER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| BRENT CARRIER | ) | |
| | ) | Adversary Proceeding No. 21- 07032 (SHL) |
| Plaintiff, | ) | |
| -against- | ) | |
| | ) | |
| CSC 4540, LLC, 45-50 VERNON LP, JSMB 4540 LLC, JSMB 4540 MM LLC., and VERNON 4540 REALTY, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I, Jeffrey Traurig, declare under penalty of perjury that I am an attorney at Traurig Law LLC, counsel to Buchwald Capital Advisers LLC, the Liquidating Trustee in the above-captioned Debtor's case.

On May 22, 2023, I caused a true and correct copy of following documents to be served via first-class mail and electronic mail in the method described on the service list attached hereto as **Exhibit A.**

1) *Memorandum Endorsed Order* [Docket No. 171 in Case No 20-22919];
2) *Memorandum Endorsed Order* [Docket No. 149 in Adv. Pro. No. 20-07020]; and
3) *Memorandum Endorsed Order* [Docket No. 31 in Adv. Pro. No. 21-07032].

Respectfully submitted,

Dated: May 22, 2023    **TRAURIG LAW LLC**

By: /s/ Jeffrey Traurig
   Jeffrey M. Traurig
   One University Plaza, Suite 124
   Hackensack, NJ 07601
   Telephone: (646).974-8650. Ext 1
   jtraurig@trauriglaw.com

# EXHIBIT A

<u>Via Electronic Mail</u>

hbbronson@bronsonlaw.net
jgrubin@barclaydamon.com
brentlcarrier@yahoo.com
jwhite@quadrumglobal.com
dkozlowski@morrisoncohen.com
aorlandella@barclaydamon.com
lbuchwald@buchwaldcapital.com
andrea.b.schwartz@usdoj.gov


<u>Via U.S Postal Service First Class Mail</u>

| | |
|---|---|
| Vernon 4540 Realty, LLC<br>H. Bruce Bronson, Jr.<br>Bronson Law Offices, P.C.<br>480 Mamaroneck Avenue<br>Harrison, NY 10528-0023 | Angela M. Orlandella<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202 |

Janice B. Grubin
BARCLAY DAMON LLP
1270 Avenue of the Americas, Suite 501
New York, New York 10020

Brent Carrier
45 Carleon Avenue
Larchmont, NY 10538

CSC 4540, LLC
Attn: Jared White
261 Fifth Avenue, Suite 1802
New York, NY 10016-7701

David Kozlowski
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022

Office of the United States Trustee
Attn: Andrea B. Schwartz
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014