**TRAURIG LAW, LLC**
Jeffrey M. Traurig
One University Plaza, Suite 124
Hackensack, NJ 07601
(646) 974-8650 Ext 1
jtraurig@trauriglaw.com
Counsel to Buchwald Capital Advisors LLC, the Liquidating Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VERNON 4540 REALTY LLC,<br><br>              Debtor.<br>_____<br><br>BRENT CARRIER<br><br>              Plaintiff,<br>  -against-<br><br>CSC 4540, LLC, 45-50 VERNON LP, JSMB 4540 LLC, JSMB 4540 MM LLC., and VERNON 4540 REALTY, LLC<br><br>              Defendants.<br>_____ | Chapter 11<br>Case No.: 20-22919 (SHL)<br><br><br><br><br><br><br>Adversary Proceeding No. 21- 07032 (SHL) |

**CERTIFICATE OF SERVICE**

      I, Jeffrey Traurig, declare under penalty of perjury that I am an attorney at Traurig Law LLC, counsel to Buchwald Capital Advisors LLC, the Liquidating Trustee in the above-captioned Debtor's case.

      On June 14, 2023, I caused a true and correct copy of following document to be served via first-class mail, postage pre-paid, on the service list attached hereto as **Exhibit A**:

*NOTICE OF PRESENTMENT OF PROPOSED ORDER DISMISSING AND CLOSING THE ADVERSARY PROCEEDING* [Docket No. 33]

                                                          Respectfully submitted,

Dated:  June 15, 2023                      **TRAURIG LAW LLC**

                                                By: <u>/s/ Jeffrey Traurig</u>
                                                      Jeffrey M. Traurig
                                                      One University Plaza, Suite 124
                                                      Hackensack, NJ 07601
                                                      Telephone: (646).974-8650. Ext 1
                                                      jtraurig@trauriglaw.com

# EXHIBIT A

Via U.S Postal Service First Class Mail

Vernon 4540 Realty, LLC
H. Bruce Bronson, Jr.
Bronson Law Offices, P.C.
480 Mamaroneck Avenue
Harrison, NY 10528-0023

Janice B. Grubin
BARCLAY DAMON LLP
1270 Avenue of the Americas, Suite 501
New York, New York 10020

Brent Carrier
45 Carleon Avenue
Larchmont, NY 10538

CSC 4540, LLC
Attn: Jared White
261 Fifth Avenue, Suite 1802
New York, NY 10016-7701

David Kozlowski
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022

Office of the United States Trustee
Attn: Andrea B. Schwartz
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Angela M. Orlandella
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202